**COM.**

v.

**BALDWIN, L.**

**1271 MDA 2016**

Superior Court of Pennsylvania.

08/15/2017

CP–35–CR–0000813–2015

(Lackawanna)

Affirmed

■

**COM.**

v.

**OWENS, K.**

**1701 MDA 2016**

Superior Court of Pennsylvania.

08/15/2017

CP–67–CR–0006404–2009

(York)

Affirmed

■

**COM.**

v.

**Ruiz MARTINEZ, N.**

**1937 MDA 2016**

Superior Court of Pennsylvania.

·08/15/2017

CP–67–CR–0004920–2015

(York)

Affirmed—Application to Withdraw as Counsel Granted

■

**BUCHER, R.**

v.

**PENN STATE MILTON·S. HERSHEY MED.**

**1978 MDA 2016**

Superior Court of Pennsylvania.

08/15/2017

2016–CV–00370–MM

(Dauphin)

Affirmed